PNC BANK, NATIONAL ASSOCIATION, Respondent, v AARON KLEIN, Appellant, et al., Defendants.

Submitted October 13, 2015; decided December 16, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.